NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Appellee*

2016-2063, -2064, -2065, -2069

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00014, IPR2015-00016, IPR2015-00019, and IPR2015-00034.

-------------------------------------------------------------------------------

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Appellee*

2016-2067, -2068

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00025 and IPR2015-00026.

---

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Appellee*

---

2016-2070, -2071

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00100 and IPR2015-00108.

---

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Appellee*

---

2016-2072

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00128.

---

# **O R D E R**

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) 2016-2063, 2016-2064, 2016-2065, and 2016-2069 are consolidated, and thus one set of briefs for the four appeals should be filed. The revised official caption is reflected above. The certified list is due no later than June 27, 2016.

(2) 2016-2067 and 2016-2068 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption is reflected above. The certified list is due no later than June 27, 2016.

(3) 2016-2070 and 2016-2071 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption is reflected above. The certified list is due no later than June 27, 2016.

(4) 2016-2063, -2064, -2065, -2069; 2016-2067, -2068; 2016-2070, -2071; and 2016-2072 shall be considered companion cases. The appeals will be assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26