NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Cross-Appellant*

2016-2063, -2064, -2065, -2069, -2137

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00014, IPR2015-00016, IPR2015-00019, and IPR2015-00034.

-------------------------------------------------------------------------------

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Appellee*

2016-2067, -2068

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00025 and IPR2015-00026.

---

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Appellee*

_____

2016-2070, -2071

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00100 and IPR2015-00108.

---

**DELPHIX CORP.,**
*Appellant*

v.

**ACTIFIO, INC.,**
*Appellee*

_____

2016-2072

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00128.

_____

# ORDER

The parties jointly move for a modification of the briefing schedule in these appeals as follows: Delphix Corp.'s opening briefs to be due October 3, 2016; Actifio, Inc.'s response briefs to be due December 22, 2016; Delphix Corp.'s reply briefs to be due February 3, 2017; and Actifio, Inc.'s reply briefs to be due March 10, 2017.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25